JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jerry Avesyan and Lucy Avesyan, h/w, and Marina Badalian and Suren Sarikyan, h/w

**DEFENDANTS**

JC Transport, Inc. and Jose Ernesto Ventura

**(b)** County of Residence of First Listed Plaintiff **Delaware County, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **New Jersey**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael O. Pansini, Esq.
Pansini & Mezrow, 1525 Locust St., 15th Floor, Philadelphia PA. 19102. 215-732-555

Attorneys *(If Known)*
Anne M. Manero, Esq., The Law Offices of W. Kelly McWilliams, 1515 Market St., Suite 1802, Philadelphia PA 19102. 215-446-7695

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1441, et seq.

Brief description of cause:
Personal injury- motor vehicle accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
In excess of $150,000

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
12/10/2020

SIGNATURE OF ATTORNEY OF RECORD
Anne M. Manero

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _240 Paxon Hollow Road, Media PA 19063 and 631 S. Central Blvd., Broomall PA 19008_

Address of Defendant: _43 Porete Avenue, North Arlington NJ 07031 and 1885 Amsterdam Ave., New York, NY 10032_

Place of Accident, Incident or Transaction: _Verrazano Bridge, New York, NY_

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? — Yes ☐ No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? — Yes ☐ No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? — Yes ☐ No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? — Yes ☐ No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____  _____  _____

<span style="color:red">Must sign here</span>

*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.*    *Federal Question Cases:*        *B.*    *Diversity Jurisdiction Cases:*

| | A. Federal Question Cases | | B. Diversity Jurisdiction Cases |
|---|---|---|---|
| ☐ 1. | Indemnity Contract, Marine Contract, and All Other Contracts | ☐ 1. | Insurance Contract and Other Contracts |
| ☐ 2. | FELA | ☐ 2. | Airplane Personal Injury |
| ☐ 3. | Jones Act-Personal Injury | ☐ 3. | Assault, Defamation |
| ☐ 4. | Antitrust | ☐ 4. | Marine Personal Injury |
| ☐ 5. | Patent | ☑ 5. | Motor Vehicle Personal Injury |
| ☐ 6. | Labor-Management Relations | ☐ 6. | Other Personal Injury *(Please specify):* _____ |
| ☐ 7. | Civil Rights | ☐ 7. | Products Liability |
| ☐ 8. | Habeas Corpus | ☐ 8. | Products Liability – Asbestos |
| ☐ 9. | Securities Act(s) Cases | ☐ 9. | All other Diversity Cases |
| ☐ 10. | Social Security Review Cases | | *(Please specify):* _____ |
| ☐ 11. | All other Federal Question Cases | | |
| | *(Please specify):* _____ | | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _Anne M. Manero, Esq._, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

Anne Manero

DATE: _12/10/2020_  _____  _57447_

<span style="color:red">Sign here if applicable</span>

*Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JERRY AVESYAN and LUCY AVESYAN, h/w, | : | |
| MARINA BADALIAN and | : | |
| SUREN SARIKYAN, h/w, | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| JC TRANSPORT, INC. and | : | NO. |
| JOSE ERNESTO VENTURA | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| | : | |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania:**

Pursuant to 28 U.S.C. § 1441, Defendants JC Transport, Inc. and Jose Ernesto Ventura, by and through counsel, The Law Offices of W. Kelly McWilliams, respectfully petitions for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, defendant states the following:

1.      On November 17, 2020, Plaintiffs Jerry Avesyan and Lucy Avesyan, h/w and Marina Badalian and Suren Sarikyan, h/w instituted the above-captioned action by filing a Civil Action Complaint in the Court of Common Pleas of Philadelphia County. *[See Complaint attached hereto, made part hereof and marked as Exhibit "A"].*

2.      Plaintiffs are all citizens of the Commonwealth of Pennsylvania. *[See Exhibit "A" at ¶1-4].*

3.      Plaintiffs Jerry Avesyan and Lucy Avesyan reside at 240 Paxon Hollow Road, Media PA 19063. *[See Exhibit "A" at ¶1-2].*

4.      Plaintiffs Marina Badalian and Suren Sarikyan reside at 631 S. Central Boulevard, Broomall PA 19008. *[See Exhibit "A" at ¶3-4].*

5.      Defendant JC Transport, Inc. is a business entity existing under the laws of the State of New Jersey with a principal place of business at 43 Porete Avenue, North Arlington, NJ 07031.

6.      Defendant JC Transport, Inc. was served on November 20, 2020.

7.      Defendant Jose Ernesto Ventura is an adult individual residing at 1885 Amsterdam Avenue, New York. NY 10032.

8.      Defendant Jose Ernesto Ventura was served on November 30, 2020.

9.      Under 28 U.S.C. § 1332(a) the district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000 and is between citizens of different States. See 28 U.S.C. § 1332(a).

10.     A corporation is a citizen of the state where it is incorporated and where it has its principal place of business. See 28 U.S.C. § 1332(c)(1).

11.     A case may be removed based upon diversity of citizenship where none of the parties that have been properly joined and served as defendants are citizens of the State in which the action is brought. See 28 U.S.C. § 1441.

12.     Plaintiff has filed a Civil Action Lawsuit against Defendants JC Transport, Inc. and Jose Ernesto Ventura, which are residents of New Jersey and New York.

13.     Accordingly, as to Plaintiffs, who are Pennsylvania residents, and Defendants JC Transport, Inc. and Jose Ernesto Ventura, who are New Jersey and New York residents, diversity of citizenship exists.

14.     Plaintiffs claim " an amount in excess of Fifty Thousand Dollars" for each

Plaintiff and in each count against Defendants and alleged permanent and disabling injuries. *[See*

*Exhibit "A"].*

15.     Plaintiff Jerry Avesyan alleges severe and permanent injuries including closed-

head injury, post-concussion syndrome, right rotator cuff tear, occipital neuralgia, among other

alleged injuries. *[See Exhibit "A" at ¶ 16].*

16.     Plaintiff Marina Badalian alleges severe and permanent injuries including closed-

head injury, traumatic brain injury, cognitive dysfunction, among other alleged injuries. *[See*

*Exhibit "A" at ¶ 16].*

17.     Therefore, the Plaintiffs have alleged damages which exceed $75,000.

18.     As such, this Honorable Court has jurisdiction pursuant to the provisions of 28

U.S.C. § 1332 based upon the fact that there exists diversity of citizenship between the Plaintiffs

and Defendants, and the amount in controversy exceeds $75,000.00.

19.     The present lawsuit is removable from the Philadelphia County Court of Common

Pleas pursuant to 28 U.S.C. §§ 1441 and 1446.

20.     True and correct copies of this Notice of Removal, with accompanying exhibits

and separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached as

*Exhibit B*, will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia

County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d), and will be

served upon counsel for the Plaintiffs via the Philadelphia Court of Common Pleas e-filing

system as noted in the attached certificate of service.

3

WHEREFORE, Defendants JC Transport, Inc. and Jose Ernesto Ventura, respectfully

requests that the above captioned action be removed to the United States District Court for the

Eastern District of Pennsylvania.

**LAW OFFICES OF W. KELLY McWILLIAMS**

BY:

Anne M. Manero, Esquire
PA Bar Id: 57447
*Attorney for Defendants, JC Transport, Inc.*
*and Jose Ernesto Ventura*
1515 Market Street, Suite 1802
Philadelphia, PA 19103
215-446-7695
anne.manero@thehartford.com

4

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| JERRY AVESYAN and LUCY AVESYAN, h/w, | : | |
| MARINA BADALIAN and | : | |
| SUREN SARIKYAN, h/w, | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| JC TRANSPORT, INC. and | : | NO. |
| JOSE ERNESTO VENTURA | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| | : | |

**NOTICE OF FILING OF REMOVAL**

To:     **Michael O. Pansini, Esq.**
**Steven M. Mezrow, Esq.**
**Gregory J. Kowalski, Esq.**
PANSINI & MEZROW
1525 Locust St., 15th Floor
Philadelphia, PA 19102
Attorneys for Plaintiffs

PLEASE TAKE NOTICE THAT on December 10, 2020, Defendants JC Transport, Inc. and Jose Ernesto Ventura filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, Untied States Code, Section 1446(e).

LAW OFFICES OF W. KELLY McWILLIAMS

BY: _____
Anne M. Manero, Esquire
PA Bar Id: 57447
*Attorney for Defendants, JC Transport, Inc.*
*and Jose Ernesto Ventura*
1515 Market Street, Suite 1802
Philadelphia, PA 19103
215-446-7695
anne.manero@thehartford.com

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JERRY AVESYAN and LUCY AVESYAN, h/w, | : | |
| MARINA BADALIAN and | : | |
| SUREN SARIKYAN, h/w, | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| JC TRANSPORT, INC. and | : | NO. |
| JOSE ERNESTO VENTURA | : | |
| Defendants. | : | JURY TRIAL DEMANDED |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Anne M. Manero, Esquire, hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the below counsel by e-filing system and/or electronic mail:

**Michael O. Pansini, Esq.**
**Steven M. Mezrow, Esq.**
**Gregory J. Kowalski, Esq.**
PANSINI & MEZROW
1525 Locust St., 15th Floor
Philadelphia, PA 19102
Attorneys for Plaintiffs

        **LAW OFFICES OF W. KELLY McWILLIAMS**

BY:          

          Anne M. Manero, Esquire
          PA Bar Id: 57447
          *Attorney for Defendants, JC Transport, Inc.*
          *and Jose Ernesto Ventura*
          1515 Market Street, Suite 1802
          Philadelphia, PA 19103
          215-446-7695
          anne.manero@thehartford.com